817 A.2d 473

## In re ESTATE OF Robert H. QUICK,

Petition of Robert H. Quick II, Executor of the Estate of Robert H. Quick, and Robert H. Quick II, Individually and Richard M. Quick.

Supreme Court of Pennsylvania.

March 4, 2003.

### *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of March, 2003, **WE GRANT** the Petition for Allowance of Appeal limited to the following issue:

Did the conveyance by Robert J. Bean of his one-half interest in and to the oil and gas estate sever the joint tenancy with rights of survivorship then existing between Robert J. Bean and Robert H. Quick?

Justice LAMB did not participate in the decision or consideration of this matter.